# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **LANCER D. TISDALE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Docket No.** |
| | ) | |
| **NATIONAL KWIKMETAL** | ) | **JUDGE:** |
| **SERVICE, LLC,** | ) | **MAGISTRATE JUDGE:** |
| **Defendant.** | ) | **JURY DEMAND** |

---

## NOTICE OF SUMMONS TO BE ISSUED

---

Comes now Plaintiff, LANCER TISDALE, by and through counsel, and gives Notice of

Filing a Summons to be issued (herein attached as "Exhibit A").


Respectfully submitted,


/s/ Christopher V. Boiano
Christopher V. Boiano (#030076)
**Boiano & Boiano, LLC**
115 Shivel Dr.
Hendersonville, Tennessee 37075
P: 615-991-7117
F: 615-296-0390
christopher@boianolaw.com
*Attorney for Plaintiff Lancer Tisdale*

Case 3:20-cv-00961   Document 5   Filed 11/10/20   Page 1 of 1 PageID #: 60