Motion (DE #8) GRANTED. The initial case management conference is RESET for 2/22/2021 at 1:00 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| LANCER D. TISDALE, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Docket No. 3:20-cv-00961 |
| | ) | |
| NATIONAL KWIKMETAL | ) | JUDGE ALETA A. TRAUGER |
| SERVICE, LLC, | ) | |
|     Defendant. | ) | JURY DEMAND |

## PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFRERENCE

Plaintiff LANCER D. TISDALE ("Plaintiff"), by and through counsel, moves the Court to Continue the initial case management conference in this action, which is currently scheduled for a telephone conference on January 25, 2021 (Doc. 4) at 1:30 p.m. until a later date.

In support of this Motion, Plaintiff would show the Court that Plaintiff has attempted to enter into a Waiver of Service with Defendants in which was delivered on December 11, 2020. However, Plaintiff has not heard or received anything back from the Defendant as of the date of this Motion.

WHEREFORE, Plaintiff respectfully request that the initial case management conference in this matter to be continued to a later date that is convenient to the Court and that the deadline for the parties to file a proposed initial case management order be postponed as well. A proposed Order is submitted herewith.