UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LANCER TISDALE, ) | |
| ) | Case No. 3:20-cv-00961 |
| Plaintiff, ) | |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| NATIONAL KWIKMETAL ) | |
| SERVICE, LLC ) | JURY DEMAND |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby enters an appearance on behalf of the defendant, sued as National Kwikmetal Service, LLL, in regard to the above captioned matter and serves notice that he and the law firm of Wimberly Lawson Wright Daves & Jones, PLLC, represent said defendant in the above styled cause of action.

Respectfully submitted, this the 14th day of January, 2021.

/s/ Fred J. Bissinger
Fred J. Bissinger, BPR No. 19671
Wimberly Lawson Wright Daves & Jones
Attorney for the Defendant(s)
214 Second Avenue North, Suite 3
Nashville, Tennessee 37201
(615) 727-1000
fbissinger@wimberlylawson.com

# CERTIFICATE OF SERVICE

I, Fred J. Bissinger, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing upon Christopher V. Boiano, this the 14th day of January, 2021.

/s/ Fred J. Bissinger

Christopher V. Boiano
Boiano & Boiano, LLC
115 Shivel Dr.
Hendersonville, Tennessee 37075
P: 615-991-7117
F: 615-296-0390
christopher@boianolaw.com
*Attorney for Plaintiff Lancer Tisdale*