UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LANCER TISDALE, | ) | |
| | ) | Case No. 3:20-cv-00961 |
| Plaintiff, | ) | |
| v. | ) | Judge Aleta A. Trauger |
| | ) | |
| NATIONAL KWIKMETAL | ) | |
| SERVICE, LLC | ) | JURY DEMAND |
| Defendant. | ) | |

**UNOPPPOSED MOTION TO EXTEND DEADLINE TO ANSWER COMPLAINT**

The Defendant, sued as National Kwikmetal Service, LLC, pursuant to LR 7.01, moves this Court for an extension of the deadline to answer the Complaint. The deadline is currently set for February 4, 2021. Counsel for Defendant has been impacted by the Christmas bombing and therefore requests an extension of the deadline to answer until **February 19, 2021**. Defendant also asks that the Initial Case Management Conference, currently set for January 25, 2021, at 1:30 p.m. be moved to a later date soon after the proposed Answer deadline. Counsel for the Plaintiff has been consulted and does not object to this extension.

Respectfully submitted, this the 14th day of January, 2021.

/s/ Brent A. Morris
Brent A. Morris, BPR No. 24621
Wimberly Lawson Wright Daves & Jones
Attorney for the Defendant(s)
214 Second Avenue North, Suite 3
Nashville, Tennessee 37201
(615) 727-1000
bmorris@wimberlylawson.com

## CERTIFICATE OF SERVICE

I, Brent A. Morris, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing upon Christopher V. Boiano, this the 14th day of January, 2021.

/s/ Brent A. Morris

Christopher V. Boiano
Boiano & Boiano, LLC
115 Shivel Dr.
Hendersonville, Tennessee 37075
P: 615-991-7117
F: 615-296-0390
christopher@boianolaw.com
*Attorney for Plaintiff Lancer Tisdale*