IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LANCER TISDALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:20-cv-00961 |
| | ) | Judge Trauger |
| NATIONAL KWIKMETAL SERVICE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Unopposed Motion to Extend Deadline to Answer Complaint (Doc. No. 14) is GRANTED IN PART. The defendant may have an extension until February 18, 2021 within which to respond to the Complaint.

It is further ORDERED that the initial case management conference scheduled for January 25, 2021 is hereby RESET for Monday, February 22, 2021 at 1:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge